ELECTRONICALLY FILED
2012-Mar-27 12:39:03
60CV-12-1369

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
SEVENTEENTH DIVISION

EMILY B. CARRIGAN; AND
PATRICK CARRIGAN,
AS POWER OF ATTORNEY FOR
EMILY B. CARRIGAN                                           PLAINTIFF

VS.                CASE NO. 60CV-2012-1369

LINCOLN NATIONAL CORPORATION
D/B/A LINCOLN FINANCIAL GROUP;
FIRST PENN-PACIFIC LIFE INSURANCE
COMPANY; and, LINCOLN NATIONAL
LIFE INSURANCE COMPANY                                      DEFENDANTS

### AMENDED COMPLAINT

Comes now Emily B. Carrigan and Patrick Carrigan, for the benefit of Emily B. Carrigan, by and through their attorneys, James, Carter & Coulter, PLC and for their First Amended Complaint against the Defendants, hereby allege and state that:

1. Emily B. Carrigan is an individual residing in Pulaski County, Arkansas. Her son, Patrick Carrigan, has been appointed power of attorney to act on her behalf. Emily B. Carrigan and Patrick Carrigan are hereinafter collectively referred to as "Plaintiff".

2. Lincoln National Corporation does business in the State of Arkansas as Lincoln Financial Group. First Penn-Pacific Life Insurance Company is an insurance company doing business in Arkansas. First Penn-Pacific Life Insurance Company is a part of Lincoln National Corporation. Lincoln National Life Insurance Corporation is an insurance company doing business in Arkansas acting as an administrative agent for Lincoln Financial Group. Lincoln National Corporation d/b/a Lincoln Financial Group;

First Penn-Pacific Life Insurance Company; and, Lincoln National Life Insurance Company are hereinafter collectively referred to as "Defendant".

3. Venue is proper in Pulaski County, Arkansas pursuant to Ark. Code Ann. §23-79-204.

4. On May 25, 1995, in consideration of payment of a premium, Plaintiff purchased a Convalescent Care Benefit Rider insurance policy.

5. All premiums due on the Convalescent Care Benefit Rider have been paid by Plaintiff. At the time of the claims herein, the described policy was in full force and effect.

6. The Convalescent Care Benefit Rider stated in part as follows:

PART 7: ALZHEIMER'S DISEASE AND SENILITY

"This Rider will cover qualified care resulting from a clinical diagnosis of Alzheimer's Disease or similar forms of senility or irreversible dementia. Any exclusion contained in this Rider for mental disorders does not apply to these conditions."

7. Beginning in 2004, Plaintiff Emily B. Carrigan began suffering from the effects of Alzheimer's Disease, senility and irreversible dementia. On October 24, 2008, Plaintiff made a claim for the $75.00 per day benefit pursuant to terms of her policy.

8. On April 16, 2009 the claim was denied by the Defendant.

9. On November, 10, 2010, Plaintiff resubmitted her claim in accordance with the terms of the policy.

10. On June 15, 2011, the claim was denied by the Defendant.

11. Plaintiff, through counsel, have made written requests for copies of Plaintiff Emily Carrigan's file and Defendant has ignored and has not responded to these requests.

12. By failing to pay Plaintiff's claims, at the date of this filing she has been damaged in the amount of $75.00 per day since January 24, 2009 (ninety days grace period after the initial claim).

13. Plaintiff's damages are $84,425.00 through March 22, 2012.

14. Plaintiff's damages are continuing.

15. Plaintiff seeks damages for benefits denied in the past and, declaratory judgment that the benefits are due.

16. Pursuant to Ark. Code Ann. §23-79-208, Plaintiff is entitled to damages, attorneys fees, and statutory penalty, prejudgment plus post judgment interest.

WHEREFORE, Plaintiff Emily B. Carrigan and Patrick Carrigan, for the benefit of Emily B. Carrigan, pray that they have and recover judgment from the Defendant for the costs incurred herein, including reasonable attorney's fees and for all other relief to which they may be entitled.

Respectfully submitted,

EMILY B. CARRIGAN; AND,
PATRICK CARRIGAN, FOR THE
BENEFIT OF EMILY B. CARRIGAN

By: _____
Paul J. James (Ark. Bar No. 83091)
James, Carter & Coulter, PLC
500 Broadway, Suite 400
P.O. Box 907
Little Rock, Arkansas 72203
Telephone: (501) 372-1414
Facsimile: (501) 372-1659
pjj@jamescarterlaw.com
Attorney for the Plaintiff