IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EMILY CARRIGAN AND PATRICK CARRIGAN, AS POWER OF ATTORNEY FOR EMILY B. CARRIGAN,

Plaintiffs,

v.

LINCOLN NATIONAL CORPORATION D/B/A LINCOLN FINANCIAL GROUP; FIRST PENN-PACIFIC LIFE INSURANCE COMPANY; and LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendants.

Case No. 4:12CV00236 SWW

**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Emily Carrigan and Patrick Carrigan, as Power of Attorney for Emily B. Carrigan, and Defendants Lincoln National Corporation d/b/a Lincoln Financial Group, First Penn-Pacific Life Insurance Company, and Lincoln National Life Insurance Company, Inc., stipulate that this case may be dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted,

s/ Leigh M. Chiles
Leigh M. Chiles
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.2207
Email: lchiles@bakerdonelson.com

Attorneys for Defendants

s/Paul J. James
Paul J. James
JAMES, CARTER & COULTER, P.L.C.
500 Broadway, Suite 400
P.O. Box 907
Little Rock, Arkansas 72203
Telephone: 501.372.1414
Email: pjj@jamescarterlaw.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing will be served electronically through the Court's CM/ECF system on the 31st day of July, 2012 to:

Paul J. James
James, Carter & Coulter, PLC
500 Broadway, Suite 400
P.O. Box 907
Little Rock, Arkansas 72203

s/ Leigh M. Chiles