IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| EMILY CARRIGAN AND PATRICK CARRIGAN, AS POWER OF ATTORNEY FOR EMILY B. CARRIGAN, )<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN NATIONAL CORPORATION D/B/A LINCOLN FINANCIAL GROUP; FIRST PENN-PACIFIC LIFE INSURANCE COMPANY; and LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 4:12CV00236 SWW |

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties have filed a Stipulation for Order of Dismissal with Prejudice. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby dismisses with prejudice this entire lawsuit. Each party shall bear its own costs.

It is so ordered this 31st day of July, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE